CRÉDITO Y AHORRO PONCEÑO, INC., recurrente, *v.* EL REGISTRA-
DOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 875.—*Sometido:* Noviembre 14, 1932. *Resuelto:* Noviembre 21, 1932.

*M. Marcos Morales*, abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El Crédito y Ahorro Ponceño, Inc., una corporación bancaria, presentó dos instrumentos notariales para su inscripción en el registro de la propiedad. Uno de ellos era una cesión de un crédito hipotecario, otorgada por el acreedor a favor del banco. El otro era una escritura de enajenación al banco de la propiedad hipotecada, y una cancelación del crédito hipotecario cedido al banco y de otras hipotecas que ya éste tenía. Ambos instrumentos fueron inscritos con el defecto subsanable de no haberse acreditado que el banco hubiera archivado sus artículos de incorporación en la Secretaría Ejecutiva de Puerto Rico. En ambos, un agente debidamente autorizado compareció ''en nombre y representación del Crédito & Ahorro Ponceño, Inc., que es un banco constituído de acuerdo con las leyes de Puerto Rico e inscrito en la Secretaría del Ejecutivo de esta Isla, con oficina principal y domicilio en Ponce.'' Esto, a nuestro juicio, bastaba para establecer el carácter corporativo del banco a fin de poder inscribir a su nombre la propiedad que adquirió.

Debe revocarse la nota recurrida.